AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>7-25-mj-92 | Date and time warrant executed:<br>May 8, 2025 1:51 P.M. | Copy of warrant and inventory left with:<br>On file with USPIS. |
| Inventory made in the presence of :<br>TFO C. Keen and TFO R. Bridges | | |
| Inventory of the property taken and name(s) of any person(s) seized:<br><br>1. USPS Small Flat Rate Parcel bearing tracking number 9405 5362 0624 9298 6181 02 and packaging materials<br>2. Approximatley, 341 grams of suspected THC Products (Shatter and Gummies)<br><br>**Received in Chambers**<br>**By Reliable Electronic Means**<br><br>5/8/2025 3:22 PM<br><br>**Hon. C. Kailani Memmer**<br>**United States Magistrate Judge**<br><br>CLERK'S OFFICE<br>U.S. DISTRICT COURT<br>AT ROANOKE, VA<br>FILED<br>May 08, 2025<br>LAURA A. AUSTIN, CLERK<br>BY: s/ S. Neily, Deputy Clerk | | |
| Certification | | |
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>Date: May 8, 2025<br><br>*Cody Keen*<br>*Executing officer's signature*<br><br>Cody D. Keen, Task Force Officer, USPIS<br>*Printed name and title* | | |

[Print]  [Save As...]  [Reset]